UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BADMUS TEXAS PROPERTIES, L.P., d/b/a JUPITER GARDENS, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | 3:21-CV-1712-G |
| GENERAL STAR INDEMNITY COMPANY, | ) ) ) | |
| Defendant. | ) | |

# ORDER

The plaintiff Badmus Texas Properties, LP d/b/a Jupiter Gardens and the defendant General Star Indemnity Company jointly move to dismiss all this action in its entirety with prejudice, each party bearing its own costs. *See* Joint Motion to Dismiss with Prejudice (docket entry 15). After considering the motion, this court is of the opinion that the motion should be, in all things, GRANTED.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the motion in its entirety is hereby **GRANTED**.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all costs of court and attorneys' fees shall be taxed to the party incurring same.

**SO ORDERED**.

May 16, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**